FILED
CLERK, U.S. DISTRICT COURT
2/15/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: ____CDO____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2023 Grand Jury

| UNITED STATES OF AMERICA, | CR No. 2:24-cr-00102-CJC |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. § 922(g)(1): Felon in Possession of a Firearm and Ammunition; 18 U.S.C. § 924 and 28 U.S.C. § 2461(c): Criminal Forfeiture] |
| DONALD AULT, | |
| Defendant. | |

The Grand Jury charges:

[18 U.S.C. § 922(g)(1)]

On or about April 10, 2021, in Los Angeles County, within the Central District of California, defendant DONALD AULT knowingly possessed a firearm, namely, a Glock, Model 23, .40 caliber pistol, bearing serial number ADZ439, and ammunition, namely, 13 rounds of Winchester .40 caliber ammunition, in and affecting interstate and foreign commerce.

Defendant AULT possessed such firearm and ammunition knowing that he had previously been convicted of at least one of the following felony crimes punishable by a term of imprisonment exceeding one year:

1. Carjacking, in violation of California Penal Code Section 215(a), in the Superior Court of the State of California, County of Los Angeles, case number NA071805, on or about January 28, 2008.

2. Automobile Grand Theft, in violation of California Penal Code Section 487(d)(1), in the Superior Court of the State of California, County of Los Angeles, case number NA082236, on or about August 24, 2009.

3. Vehicle Theft, in violation of California Vehicle Code Section 10851(a), in the Superior Court of the State of California, County of Los Angeles, case number NA082236, on or about August 24, 2009.

4. Burglary, in violation of California Penal Code Section 459, in the Superior Court of the State of California, County of Los Angeles, case number NA082236, on or about August 24, 2009.

|   |   |
|---|---|
| 1 | FORFEITURE ALLEGATION |
| 2 | [18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)] |

1.     Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), in the event of the defendant's conviction of the offense set forth in this Indictment.

2.     The defendant, if so convicted, shall forfeit to the United States of America the following:

   (a)  All right, title, and interest in any firearm or ammunition involved in or used in such offense; and

   (b)  To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3.     Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), the defendant, if so convicted, shall forfeit substitute property, up to the value of the property described in the preceding paragraph if, as the result of any act or omission of the defendant, the property described in the preceding paragraph or any portion thereof (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been

//
//
//
//

substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

A TRUE BILL

    /s/
Foreperson

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

*Christina Shay for SMG*

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

BENEDETTO L. BALDING
Assistant United States Attorney
Deputy Chief, General Crimes Section

ANNA P. BOYLAN
Assistant United States Attorney
Terrorism and Export Crimes Section

4